[No. 41895-9-II.   Division Two.   August 9, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD ROY SCOTT, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 01-1-00082-7, Michael J. Sullivan, J., entered February 25, 2011. *Reversed* and *remanded with intructions* by unpublished opinion per Van Deren, J., concurred in by Johanson, A.C.J., and Quinn-Brintnall, J.

[No. 42005-8-II.   Division Two.   August 9, 2012.]

*In the Matter of the Personal Restraint of* MARGARET ELAINE BELKNAP, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Hunt, J., concurred in by Armstrong and Penoyar, JJ.

[No. 42039-2-II.   Division Two.   August 9, 2012.]

*In the Matter of the Marriage of* JANE ASTLE HALE, *Respondent*, and TIMOTHY DENNIS HALE, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 09-3-00412-4, Theodore F. Spearman, J., entered April 8, 2011. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Worswick, C.J., and Johanson, J.

[No. 42108-9-II.   Division Two.   August 9, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. WADE WILLIAM PIERCE, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 04-1-00323-1, Nelson E. Hunt, J., entered April 29, 2011. *Affirmed in part*, *reversed in part*, and *remanded with instructions* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren and Penoyar, JJ.